Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28352−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rosemarie Traynor
26 Plymouth Place
Roseland, NJ 07068

Social Security No.:
xxx−xx−4792

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

*9* – Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Rosemarie Traynor) Filed by Camille J Kassar on behalf of Rosemarie Traynor. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Kassar, Camille)

Dated: 10/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court