Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−28352−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosemarie Traynor
   26 Plymouth Place
   Roseland, NJ 07068

Social Security No.:
   xxx−xx−4792

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/28/20 at 10:00 AM

to consider and act upon the following:

70 − Motion To Reinstate Stay as to Creditor, Caliber Home Loans Filed by Camille J Kassar on behalf of Rosemarie Traynor. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kassar, Camille)

Dated: 4/21/20

                       Jeanne Naughton
                       Clerk, U.S. Bankruptcy Court